IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **00-cv-1252-AP**

**MIKE NELSON,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

## ORDER

Kane, J.

Upon consideration of Plaintiff's Motion for Entry of Judgment (doc. #12), filed July 10, 2007, it is

ORDERED that the motion is GRANTED.  Consistent with the Notice of Decision-Fully Favorable, final judgment shall enter in favor of the plaintiff and against the defendant.

Dated this 10th day of July, 2007.

        BY THE COURT:

        S/**John L. Kane**
        Senior Judge, United States District Court